IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH BOGER and ANNA BOGER, Individually
and on behalf of their minor child, J.B.,

    Plaintiffs,

v.

NATHAN LUCERO, RICHARD MATHEWS,
NEW MEXICO DEPARTMENT OF PUBLIC
SAFETY, and NEW MEXICO STATE POLICE,        No. CIV 12-1188 MV-WDS

    Defendants,
and

NEW MEXICO DEPARTMENT OF PUBLIC SAFETY,

    Third-Party Plaintiff,

v.

UNITED STATES OF AMERICA,

    Third-Party Defendant.

## ORDER EXTENDING DEADLINE AND
## CONTINUING INITIAL SCHEDULING CONFERENCE

THIS MATTER having come before the Court upon Third-Party Defendant United States of America's Unopposed Motion to Extend Deadline and Continue Initial Scheduling Conference, and the Court being fully advised in the premises finds that the Motion is well taken.

IT IS THEREFORE ORDERED that Third-Party Defendant's Motion is granted. The Joint Status Report is due February 1, 2013, and the Initial Scheduling Conference originally set for January 9, 2013, is hereby vacated and reset for February 8, 2013 at 9:10 a.m.

                                  _____
                                  W. DANIEL SCHNEIDER
                                  United States Magistrate Judge